No. 590. SARAH O. DEVOU, PETITIONER, *v.* THE CITY OF CINCINNATI. November 9, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fred W. Kean* for petitioner. *Mr. Geoffrey Goldsmith* and *Mr. Edward M. Ballard* for respondent.

No. 596. THE BALTIMORE REFRIGERATING & HEATING COMPANY OF BALTIMORE CITY, PETITIONER, *v.* FRANK G. WETZEL ET AL., ETC. November 9, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George Whitelock* and *Mr. Robert H. Smith* for petitioner. *Mr. W. Calvin Chesnutt* and *Mr. Charles Markell, Jr.,* for respondents.

No. 382. WALTER GRESHAM, PETITIONER, *v.* ARABELLA D. HUNTINGTON ET AL., AS EXECUTORS, ETC. November 16, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James B. Stubbs* and *Mr. T. D. Gresham* and *Mr. Walter Gresham* for petitioner. *Mr. R. S. Lovett, Mr. Maxwell Evarts* and *Mr. J. W. Terry* for respondents.

No. 582. THE BUTLER BROS. SHOE COMPANY, PETITIONER, *v.* UNITED STATES RUBBER COMPANY. November 16, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles J. Hughes, Jr.,* for petitioner. *Mr. Henry T. Rogers* for respondent.